# United States District Court
# Central District of California

| | |
|---|---|
| ARIUS ALCARAZ,<br><br>        Plaintiff,<br><br>    v.<br><br>REX TILLERSON, SECRETARY OF STATE, US DEPARTMENT OF STATE,<br><br>        Defendant. | Case № 2:17-cv-00457-ODW(RAO)<br><br>**JUDGMENT** |

    Plaintiff Arius Alcaraz initiated this lawsuit with the filing of a complaint on January 19, 2017. (ECF No. 1.) Plaintiff then filed a first amended complaint on March 8, 2017. (ECF No. 10.) Defendant subsequently moved to dismiss all of Plaintiff's claims. (ECF No. 16.) On July 26, 2017, the Court granted Defendant's Motion to Dismiss in full. (ECF No. 20.)

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

It is therefore **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. Plaintiff Arius Alcaraz shall recover nothing from Defendant; and
2. Plaintiff Arius Alcaraz's First Amended Complaint is dismissed on the merits and with prejudice.

**IT IS SO ORDERED.**

July 31, 2017

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**